# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

HARENDRAGIRI J. GOSWAMI,

    Plaintiff,

vs.                              Case No. 3:23-cv-416-MMH-PDB

UNITED STATES DEPARTMENT
OF STATE, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal (Dkt. No. 18; Notice) filed on August 2, 2023. In the Notice, Plaintiff requests dismissal of this matter with prejudice. <u>See</u> Notice at 1. Upon review of the docket, the Court notes that Defendants have neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own costs and attorneys' fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 3rd day of August, 2023.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record